# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiffs,<br><br>VS.<br><br>GERALD HAROLD LEVINE, MARIE A. LEVINE, MARY ANN METZ, DARIN SCOTT METZ, ALAN BRUCE COPELAND, ISAAC BARRETT MORLEY, BRUCE CHET ROTHENBERG and NUSTAR HOLDINGS, INC.<br><br>    Defendants,<br><br>        and<br><br>WIRE TO WIRE, INC., PUBLIC HIGHWAY, INC., THE 1975 TRUST AND GLOBAL ENVIRONMENTAL SYSTEMS, INC.<br><br>    Relief Defendants, | **CASE NUMBER: 2:07-CV-0506-LDG-RJJ**<br><br>**ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE** |

This case is currently stacked on the calendar of **TUESDAY, JUNE 7, 2011** for Jury/Court trial to begin on **Monday, JUNE 13, 2011** In LV courtroom 6B before the Honorable Judge Lloyd D. George. (This is a 2 week trial stack)

**IT IS ORDERED** that this case is hereby referred to **Magistrate Judge, Robert J. Johnston** for the scheduling of a settlement conference.

DATED this 13 day of Jan, 2011.

_____
LLOYD D. GEORGE
United States Senior District Judge