UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GERALD HAROLD LEVINE, MARIE A. LEVINE, MARY ANN METZ, DARIN SCOTT METZ, ALAN BRUCE COPELAND, ISAAC BARRETT MORLEY, BRUCE CHET ROTHENBERG and NU STAR HOLDINGS, INC.,

Defendants,
and

WIRE TO WIRE, INC., PUBLIC HIGHWAY, INC., THE 1975 TRUST and GLOBAL ENVIRONMENTAL SYSTEMS, INC.,

Relief Defendants.

2:07-CV-00506-LDG/RJJ

### ORDER ON STIPULATED MOTION TO DISMISS COMPLAINT AS TO RELIEF DEFENDANTS WIRE TO WIRE, INC. and PUBLIC HIGHWAY, INC.

On the stipulated motion of the Plaintiff Securities and Exchange Commission and the Relief Defendants Wire to Wire, Inc. ("Wire to Wire") and Public Highway, Inc. ("Public Highway") the Complaint in this action is hereby dismissed with prejudice against Wire to Wire and Public Highway.

Dated: 13 MAY, 2011

_____
Lloyd D. George
United States District Judge