# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>GERALD HAROLD LEVINE, MARIE A. LEVINE, MARY ANN METZ, DARIN SCOTT METZ, ALAN BRUCE COPELAND, ISAAC BARRETT MORLEY, BRUCE CHET ROTHENBERG and NU STAR HOLDINGS, INC.,<br><br>　　　　　　　　　　Defendants,<br>　　　　　　and<br><br>WIRE TO WIRE, INC., PUBLIC HIGHWAY, INC., THE 1975 TRUST and GLOBAL ENVIRONMENTAL SYSTEMS, INC.,<br>　　　　　　　　　　Relief Defendants. | 2:07-CV-00506-LDG/RJJ |

## ORDER ON STIPULATED MOTION TO DISMISS COMPLAINT AS TO RELIEF DEFENDANT GLOBAL ENVIRONMENTAL SYSTEMS, INC.

On the stipulated motion of the Plaintiff Securities and Exchange Commission and the Relief Defendant Global Environmental Systems, Inc. ("Global Environmental"), the Complaint in this action is hereby dismissed with prejudice against Global Environmental.

Dated: __1 July__, 2011

_____
Lloyd D. George
United States District Judge