UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

GERALD HAROLD LEVINE; et al.,

    Defendants.

2:07-cv-0506-LDG-LRL

**ORDER**

The SEC has filed eight motions in limine applicable to certain Defendants (#153). Those Defendants, however, have subsequently been terminated from this action. Accordingly,

THE COURT HEREBY ORDERS that the SEC's motions in limine (#153) are Denied.

DATED this  20th  day of October, 2011.

_____
Lloyd D. George
United States District Judge