# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD HAROLD LEVINE; et al.,<br><br>    Defendants. | 2:07-cv-0506-LDG-LRL<br><br>**ORDER** |

The SEC has filed eight motions in limine applicable to certain Defendants (#153). Those Defendants, however, have subsequently been terminated from this action. Accordingly,

THE COURT HEREBY ORDERS that the SEC's motions in limine (#153) are Denied.

DATED this  20th  day of October, 2011.

_____
Lloyd D. George
United States District Judge